**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                 15 CR. 288 (RMB)

 -against-

                 **ORDER**

DUMAR STEWART,
      Defendant.
-------------------------------------------------------------X

  The Court will hold a telephone status conference on Thursday, October 29, 2020 at 10:00 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2888

Dated: October 21, 2020
   New York, NY

                  _____
                    RICHARD M. BERMAN
                    U.S.D.J.