**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                              15 CR. 288 (RMB)

        -against-

                                                              **ORDER**

DUMAR STEWART,
                         Defendant.
-----------------------------------------------------------X

         The supervised release hearing previously scheduled for Wednesday, January 12, 2022 at

10:30 AM is hereby adjourned to Thursday, February 3, 2022 at 9:00 AM.

         In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

         Participants, members of the public and the press can use the following dial-in

information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2888

Dated: January 26, 2022
       New York, NY

                                              _____
                                                     RICHARD M. BERMAN
                                                     U.S.D.J.